39 F.3d 411
 AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Plaintiff-Appellee,
v.
UNITED ARTISTS PAYPHONE CORPORATION, United Artists
Telecommunications, Inc., UA/Ranlee Joint Venture
& UA/Ranlee, Inc., Defendants-Appellants,
Ranlee Communications, Inc., Defendant.
 No. 762, Docket 94-7616.
 United States Court of Appeals,
Second Circuit.
 Argued Nov. 2, 1994.
Decided Nov. 4, 1994.
 
 Robert M. Peak, New York City (Jeffrey N. Leibell, Reboul, MacMurray, Hewitt, Maynard & Kristol, of counsel), for defendants-appellants.
 Peter J. McHugh, New York City (Martin Domb, Hill, Betts & Nash, of counsel), for plaintiff-appellee.
 Before: MESKILL, WINTER, and MAHONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for substantially the reasons stated by Judge Leisure. American Tel. & Tel. Co. v. United Artists Payphone Corp., 852 F.Supp. 221 (S.D.N.Y.1994).